**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY EDELBROCK, | Case No.: 1:12-cv-00514-JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 12) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On November 26, 2012, the parties filed a stipulation for Plaintiff to file an opening brief. (Doc. 12). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED** the extension of time is **GRANTED** as follows:

1. Plaintiff **SHALL** file an opening brief on or before December 28, 2012;

2. Defendant **SHALL** file an opposition on or before January 28, 2013; and

3. Plaintiff's reply, if any, **SHALL** be filed on or before February 4, 2013.

IT IS SO ORDERED.

Dated:  **November 27, 2012**            /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE