# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY EDELBROCK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00514-JLT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(Doc. 15) |

      On January 24, 2013, the parties filed a stipulation for Plaintiff to file an opening brief. (Doc. 15). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). This extension was used by the plaintiff, who requested an additional thirty days to file her opening brief. (Docs. 12-13). Any further "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 7 at 4).

      A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal. Oct. 9, 2009). Here, Defendant asserts "the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence." (Doc. 15 at 1).

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant **SHALL** file a brief in opposition on or before **February 27, 2012**; and
3. Any reply by Plaintiff **SHALL** be filed within fifteen days of the date of service of Defendant's brief in opposition.

IT IS SO ORDERED.

Dated:   **January 25, 2013**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE